

**Court of Appeals**

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

March 27, 2015

Matthew W. Sherwood
UNDERWOOD LAW FIRM
P.O. Box 9158
Amarillo, TX 79105
* DELIVERED VIA E-MAIL *

Michael Hodge
TWOMEY MAY, PLLC
2 Riverway, 15th Floor
Houston, TX 77056
* DELIVERED VIA E-MAIL *

George F. May
TWOMEY MAY, PLLC
2 Riverway, 15th Floor
Houston, TX 77056
* DELIVERED VIA E-MAIL *

Larry A. Vick
Attorney at Law
908 Town and Country Blvd., Suite 120
Houston, TX 77024-2208
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-14-00398-CV
Trial Court Case Number: A9678-1311

**Style:** Expelled Grain Products, LLC and Scott Theiring v. Corn Mill Enterprises, LLC

Dear Counsel:

By Order of the Court, the motion for an extension of time to file Appellant's brief for Expelled Grain Products LLC is this day granted and the brief was filed on Thursday, March 26, 2015.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK